**GREENBAUM, ROWE, SMITH & DAVIS LLP**
John D. North, Esq.
**jnorth@greenbaumlaw.com**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
jnorth@greenbaumlaw.com
Attorneys for Defendants Wells Fargo Home Mortgage,
A Division of Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABRAHAM TEITELBAUM; RIKI TEITELBAUM; GOLD CREST ABSTRACT; GOLD STAR ABSTRACT; QUICK TITLE SEARCH; AND WHISPERING SETTLEMENTS LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MORTGAGE SERVICES, III, LLC; FIRST STATE BANK; WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; WELLS FARGO MORTGAGE, et al.,<br><br>      Defendants. | CIVIL ACTION NO.<br> 3:14-cv-06608-MLC-LHG<br><br><br>*Electronically Filed*<br><br><br>**ORDER DISMISSING ALL OF PLAINTIFFS' FEDERAL CLAIMS WITH PREJUDICE** |

**THIS MATTER,** having been removed to Federal Court pursuant to 28 U.S.C. § 1331, and the Court having issued a Memorandum Opinion on June 3, 2015 deciding the Motions to Dismiss filed by Defendants, and Plaintiffs having elected to withdraw with prejudice their claims made under 15 U.S.C. §1 et seq. consistent with the Court's June 3, 2015 Opinion, and the basis

of the Court's jurisdiction having thus been eliminated, and for good cause shown;

IT IS on this _3 RD_ day of _Aug._, _2016_;

**ORDERED** that:

1. All claims asserted by Plaintiffs' Complaint under the laws of the United States, including claims made pursuant to 15 U.S.C. § 1 et seq., or any other federal statute, are hereby dismissed in their entirety with prejudice.

2. The instant matter is hereby remanded back to the Superior Court of New Jersey.

_____
Honorable Mary L. Cooper, U.S.D.J.

2